UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.: New Entry

|   |   |
|---|---|
| GOVERNMENT EMPLOYEE INSURANCE COMPAY a/s/o/ ANNAMARIA DCRUZ & BART CHWALISZ,  Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE  Defendant. | **COMPLAINT AND DEMAND** <br><br> **FOR JURY TRIAL** |

PARTIES

1. The Plaintiff, Government Employee Insurance Company (hereinafter GEICO) has a place of business in Boston Massachusetts, and is the subrogee of its insured, Annamarie Dcruz & Bart Chwalisz (hereinafter 'Insured').

2. The Defendant, United States Postal Service, is a federal agency with a usual place of business at 475 L'Enfant Plaza, SW Washington DC 20260.

FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

3. On or about July 3, 2018 the insured was operating a motor vehicle in Boston Massachusetts , and all times material hereto was operating and / or parked said vehicle with due care for her own safety and for the safety of others

4. At approximately the same date and time averred to above, Kim Son Yuen, or someone employed by the United States Postal Service, was operating a vehicle owned by Defendant in Boston Massachusetts, but was operating said vehicle in a careless and negligent manner.

1

5. As a result of said negligence, Defendant, or someone acting on the Defendant's behalf, caused the vehicle which they were operating to strike and collide with the vehicle operated and / or parked by the Insured.

6. As a result of such collision, the Insured suffered injuries, incurring medical expenses and / or property damage expenses, which were all the direct and proximate cause of the negligent operation of a vehicle owned by Defendant as referenced above.

7. At the time of such operation of the Defendant's motor vehicle, the driver was an employee of the Defendant, and at the time of such negligent operation, was conducting the business of the Defendant. As a result of the above, the Defendant is liable to the Plaintiff pursuant to statutory law since the said Defendant was the owner of the vehicle operated by the said employee.

8. On or about January 7, 2020 Plaintiff presented a notice of a subrogation claim to Defendant, Copies of said presentment are attached as "**Exhibit A**" and incorporated herein by reference.

### COUNT I: NEGLIGENCE

9. The Plaintiff realleges, repleads, and incorporates by reference paragraphs above as if fully set forth herein.

10. The employee of the Defendant owed a duty of reasonable care in the operation of the Defendant's motor vehicle to all persons on or about July 3, 2018, including but not limited to insured.

11. On or about July 3, 2018, an employee of the Defendant was negligent and breached a duty of care to the Insured by failing to operate the Defendant's motor vehicle in a reasonable manner and striking the motor vehicle that the Insured owned and/or was operating.

12. As a direct and proximate result of the Defendant's negligence, the Plaintiff, GEICO, has expended the sum of $7018.64 on behalf of the Insured.

   WHEREFORE, the Plaintiff, GEICO, prays that this Honorable Court enter judgment against the Defendant, on Count I, in the full amount of any and all damages recoverable at law, cost, attorney's fees, and for such other and further relief which this Court deems just and proper.

**THE PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE**

Respectfully submitted,
The Plaintiff (s),
GEICO,
By attorney,


/s/ Paul Daly

_____
Paul C. Daly, Esquire
B.B.O. # 695762
Law Office of Patrice L. Simonelli
29 Crafts Street, Suite 200
Newton, MA  02458
Dated: ____3-15-21_____ 617-244-0016
pdaly@geico.com